CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jalil Shakur Reed    QJ1462
**Full Name of Plaintiff**    **Inmate Number**

v.

Civil No. 1:22-CV-1832
(to be filled in by the Clerk's Office)

Lt. Garcia
**Name of Defendant 1**

(✓) Demand for Jury Trial ✓
(__) No Jury Trial Demand

Lt. M. Conrad
**Name of Defendant 2**

FILED
SCRANTON
NOV 1 6 2022
PER _____
DEPUTY CLERK

CO Harrison
**Name of Defendant 3**

CO E Sherrill
**Name of Defendant 4**

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.  NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓  Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___  Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Reed, Jalil, S
Name (Last, First, MI)

QJ1462
Inmate Number

SCI-DALLAS
Place of Confinement

1000 Follies Road
Address

Dallas, Luzerne County, PA, 18612
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly committed detainee

___ Immigration detainee

✓ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Garcia, (First name unknown to me)
Name (Last, First)

Lt.
Current Job Title

1000 Follies Road
Current Work Address

Dallas, Luzerne County, PA, 18612
City, County, State, Zip Code

Defendant 2:

Conrad, M (First name unknown to me)
Name (Last, First)

Lt.
Current Job Title

1000 Follies Road
Current Work Address

Dallas, Luzerne County, PA, 18612
City, County, State, Zip Code


Defendant 3:

Harrison (First name Unknown to me)
Name (Last, First)

Lt. CO
Current Job Title

1000 Follies Road
Current Work Address

Dallas, Luzerne County, PA, 18612
City, County, State, Zip Code


Defendant 4:

Sherrill, E (First name unknown to me)
Name (Last, First)

CO
Current Job Title

1000 Follies Road
Current Work Address

Dallas, Luzerne County, PA, 18612
City, County, State, Zip Code


Defendant 5:

Name (Last, First)


Current Job Title

1000 Follies Road
Current Work Address

Dallas, Luzerne County, PA, 18612
City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

It happend at SCI-DALLAS RHU Range 4 cell 38 on the following dates: 09/22/2022 @ 2110HRS - 09/23/2022 @ 1733HRS - 09/29/2022 @ 1400 & @ 2000HRS & @ 2010HRS - 10/22/2022 @ 1533HRS

B. On what date did the events giving rise to your claim(s) occur?

September 22ND, 23RD and 29TH, 2022
October 22ND, 2022

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I was sexually Harrased by Lt. Garcia at SCI-DALLAS I was threatened and told I would be harmed by CO E Sherrill, I was Retalated by CO Harrison due to me filing a Prea, & I was told by Lt. M. Conrad to make my prea go away he was attempting to bribe and intimidate me See attached pages
C1 for Lt. Garcia
C2 for Lt. M. Conrad
C3 for CO. Harrison
C4 for CO ESherrill
C5 for Continued Retaliation
C6 for Lt. M. Conrad and emergency hearing

IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1 Amendment VIII I should be free from cruel and unusual Punishment
2 Amendment XIV Section I I have the right to equal protection of the laws
3 these are the following laws I believe were violated But not limited 18 Pa.C.S. 4702(a)(2) Threats - to influence decisions in Judical/admin. Proceedings (threat to commit crime)
4 18 Pa.C.S. 4703 Retaliation for past offical action 5 18 Pa.C.S 4906(a) false reports - falsely incriminate another
6 18 Pa.C.S. 4911(a)(2) Tampering w/ public records presenting false documents 7 18 Pa.C.S. 4952(a)(1) Intimidation of witness/victim refrain from reporting (general) also subsection (a)(3)(2)(4)
8 18 Pa.C.S. 4953(a) Retaliation against witness/victim general 9 18 Pa.C.S. 5503(a)(1) Disordly conduct subsection (a)(2)(a)(3) 10 18 Pa.C.S. 911(B)(3) Corrupt organizations - employee participation subsection (b)(4) 11 18 Pa.C.S. 2709(a)(7) Harrasment - repeated communication; other
12 18 Pa.C.S. 2906(a)(1) criminal coersion - threat to commit crime
13 Faliure to supervise  14 Faliure to intervene

V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Anxiety attacks, Depression, slandering, death threats, Retaliation, Denied due process, in protected laws, Pain and suffering, Harrasment,

VI.   RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I would like to get a restraining order against the defendants for me to stopped being Harrased by and threatened by CO E Sherrill and Lt. M. Conrad also I'm seeking money damages!

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

10/21/2022
Date

Smart Communications/PADOC
JAZZ REED # QJ1462 SCI E DALLAS
P.O. Box 33028
St. Petersburg, FL 33733

LEHIGH VALLEY PA 180
14 NOV 2022 PM 2
FOREVER USA
Barn Swallow

United States District Court
Middle District of Pennsylvania
235 North Washington Avenue, P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
NOV 16 2022
PER _____ DEPUTY CLERK

18501-114848

"Inmate Mail - PA DEPT. OF CORRECTIONS"

"LEGAL MAIL" 1 of 3