# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JALIL S. REED, | : | Civil No. 1:22-CV-01832 |
| Plaintiff, | : | |
| v. | : | |
| LT. GARCIA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The motion for reconsideration, Doc. 227, is **DENIED**.

2. This action is to remain **CLOSED**.

                                s/Jennifer P. Wilson
                                JENNIFER P. WILSON
                                United States District Judge
                                Middle District of Pennsylvania